# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANTOS RALPH RIVAS,

    Defendant.

Case No. 21CR1760-LAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

    21:952, 960 - Importation of Methamphetamine, Heroin, Fentanyl, and Cocaine (1)
    21:952, 960 - Importation of Methamphetamine, Heroin, Fentanyl, and Cocaine (2-4)

Dated: 6/30/2021

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge